IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

TALLY ANN ROWAN,

    Plaintiff,

v.

JUDY ORTWERTH,
NANCY HOVE and
PIERCE COUNTY JAIL

    Defendants.

JUDGMENT IN A CIVIL CASE

Case No. 09-cv-613-wmc

    This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

### IT IS ORDERED AND ADJUDGED

that judgment is entered in favor of defendants dismissing this case without prejudice.

_____      9/30/10
Peter Oppeneer, Clerk of Court      Date